Notice of Appeal Criminal

CO-290
Rev. 3/88

DAR

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 06-085-M-01 |
| ) vs. ) | Criminal No. P0546964 |
| JANINE MARIA ALLWINE ) | |

## NOTICE OF APPEAL

Name and address of appellant:

JANINE MARIA ALLWINE

FILED
P05 46964
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name:

Defendant Pro Se

Offense: Demonstrating Without a Permit

Concise statement of judgment or order, giving date, and any sentence:

Guilty: MARCH 2006
Judgement Entered: Time Served +$25 processing

Name and institution where now confined, if not on bail:

N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06
DATE

Janine Maria Allwine
APPELLANT

_____
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☐ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ☐ |
| Has counsel ordered transcripts? | ☐ | ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ☐ |

RECEIVED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT